AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bodenhausen, John M. | U.S. District Court - Eastern District of Missouri | 05/23/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (full time) | ☐ Nomination　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐　Amended Report | 1/1/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Thomas F. Eagleton Courthouse
111 South Tenth Street, 15th Floor South
St. Louis, Missouri 63102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1988-1997 | The Boeing Company Pension Plan (no control) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bodenhausen, John M. | 05/23/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Parkway School District - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bodenhausen, John M. | 05/23/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bodenhausen, John M. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. - Fidelity Contrafund | D | Dividend | M | T | | | | | |
| 3. - Fidelity Cash Reserves | A | Int./Div. | J | T | | | | | |
| 4. Brokerage Account #2 (H) | | | | | | | | | |
| 5. - Boeing C. Stock | D | Dividend | N | T | | | | | |
| 6. - ConocoPhillips Stock | A | Dividend | J | T | | | | | |
| 7. - Phillips 66 Stock | A | Dividend | J | T | | | | | |
| 8. - Verizon Communications Stock | A | Dividend | J | T | | | | | |
| 9. - Vodafone Group PLC Stock | | None | J | T | | | | | |
| 10. - Franklin Dynaech Fund A | A | Dividend | J | T | | | | | |
| 11. - Franklin Growth Series Class A | A | Dividend | K | T | Sold (part) | 03/15/17 | J | | |
| 12. - Franklin Mutual Beacon Fund Class A | A | Dividend | J | T | Sold (part) | 03/15/17 | J | | |
| 13. - Franklin Growth Opptys Fund Class A | B | Dividend | K | T | Sold (part) | 03/15/17 | J | | |
| 14. - Franklin Mutual Global Discovery Fund Class A | A | Dividend | K | T | Sold (part) | 03/15/17 | J | | |
| 15. - Franklin Rising Dividends Fund A | A | Dividend | K | T | Sold (part) | 03/15/17 | J | | |
| 16. - Franklin Total Return Fund A | A | Dividend | K | T | | | | | |
| 17. - Franklin Utilities Fund Class A | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bodenhausen, John M. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Templeton Global Small Companies Fund A | A | Dividend | K | T | | | | | |
| 19. - Templeton Growth Fund Class A | A | Dividend | K | T | Sold (part) | 03/15/17 | J | | |
| 20. - Templeton World Fund Class A | B | Dividend | K | T | | | | | |
| 21. - Franklin Balance Sheet Investment Cl A | B | Dividend | K | T | Buy | 03/15/17 | J | | |
| 22. - Franklin High Income Fund Class A | B | Dividend | K | T | Buy | 03/15/17 | K | | |
| 23. - Franklin Small-Mid Cap Growth A | A | Dividend | J | T | Buy | 03/15/17 | J | | |
| 24. Brokerage Account #3 (H) | | | | | | | | | |
| 25. - Franklin Risng Dividends Mutual Fund | A | Dividend | J | T | | | | | |
| 26. Brokerage Account #4 (H) | | | | | | | | | |
| 27. - Franklin Growth Services Class A | A | Dividend | J | T | | | | | |
| 28. - Franklin Mutual Beacon Fund Class A | A | Dividend | J | T | | | | | |
| 29. - Franklin Mutual Global Discovery Fund Class A | A | Dividend | J | T | | | | | |
| 30. - Franklin Rising Dividends Fund A | A | Dividend | J | T | | | | | |
| 31. - Franklin Small Cap Growth Fund A | A | Dividend | J | T | | | | | |
| 32. - Franklin Total Return Fund A | A | Dividend | J | T | | | | | |
| 33. - Franklin Utilities Fund Class A | A | Dividend | J | T | | | | | |
| 34. - Templeton Growth Fund Class A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bodenhausen, John M. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brokerage Account #5 (H) | | | | | | | | | |
| 36. - Franklin Mutual Beacon Fund | A | Dividend | J | T | | | | | |
| 37. - Franklin Balanced Fund A (X) | A | Dividend | J | T | | | | | |
| 38. Brokerage Account #6 (H) | | | | | | | | | |
| 39. - Growth Fund of Amer. Cl. A-529 | A | Dividend | J | T | | | | | |
| 40. - New Perspective Fund Cl A-529 | A | Dividend | J | T | | | | | |
| 41. - Washington Mutual Invs. Cl A-529 | A | Dividend | J | T | | | | | |
| 42. Brokerage Account #7 (H) | | | | | | | | | |
| 43. - Growth Fund of Amer. Cl. A-529 | A | Dividend | J | T | | | | | |
| 44. - New Perspective Fund Cl A-529 | A | Dividend | J | T | | | | | |
| 45. - Washington Mutual Invs. Cl A-529 | A | Dividend | J | T | | | | | |
| 46. Missouri Most Account (529 plan #1) | A | Int./Div. | L | T | | | | | |
| 47. Missouri Most Account (529 plan #2) | A | Int./Div. | L | T | | | | | |
| 48. Public Education Employee Retirement System of Missouri (Peers) | | None | K | T | | | | | |
| 49. Bank of America | A | Interest | K | T | | | | | |
| 50. USAA Federal Savings Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bodenhausen, John M. | 05/23/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re lines 11-15, 19 - for Brokerage Account #2 - No gain is listed because the partial sales noted were re-invested in the shares listed on lines 21, 22, 23.

Re line 37 - for Brokerage Account #5, the 2016 Report inadvertently did not list Franklin Balanced Fund A. The total amount of that fund was less than $1,000 at the time.

| Name of Person Reporting | Date of Report |
|---|---|
| Bodenhausen, John M. | 05/23/2018 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John M. Bodenhausen**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544